BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
Email:         blake.russum@rmkb.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KNEPPER,<br><br>                 Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>                 Defendant. | CASE NO.  4:19-CV-04609 HSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPUATED by and between the Plaintiff JAMES KNEPPER, and

Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by and through their

respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

concur with the Stipulation's content and have authorized its filing.

/ / /

/ / /

/ / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Dated: November 13, 2019          ROPERS, MAJESKI, KOHN & BENTLEY


                                  By:/s/ *Blake J. Russum*
                                     BLAKE J. RUSSUM
                                     Attorneys for Defendant
                                     THE LINCOLN NATIONAL LIFE
                                     INSURANCE COMPANY

Dated: November 13, 2019          LAW OFFICE OF P. RANDY NOAH


                                  By: /s/ *P. Randy Noah*
                                     P. RANDY NOAH
                                     Attorney for Plaintiff
                                     JAMES KNEPPER


## **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of

Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be,

and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party

shall bear its own attorney's fees and costs.

Dated: 11/14/2019

_____
United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City